# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**              CASE NO. 8:05-CV-1076-T-24MSS

v.

**HKW TRADING, LLC, HOWARD WAXENBERG TRADING, L.L.C., and DOWNING & ASSOCIATES TECHNICAL ANALYSIS, n/k/a THE ESTATE OF HOWARD WAXENBERG,**

        **Defendants,**

**HKW TRADING FUND I LLC and THE ESTATE OF HOWARD WAXENBERG,**

        **Relief Defendants.**

_____/

## ASSET FREEZE ORDER AND OTHER RELIEF AS TO DEBBIE GOELLNITZ

Debbie Goellnitz, by the Consent annexed hereto, has agreed to the entry of this Asset Freeze Order and Other Relief ("Asset Freeze Order"). This Court having accepted such Consent and having jurisdiction over Debbie Goellnitz solely for the purposes of this Order and the subject matter hereof, and the Court being fully advised in the premises:

## I.

## ORDER FREEZING ASSETS

**IT IS HEREBY ORDERED AND ADJUDGED** that:

Debbie Goellnitz her agents, attorneys, servants, successors-in-interest, executors, personal representatives, nominees, or any person acting in concert with her or on her behalf is hereby restrained from, directly or indirectly, transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of, or withdrawing, in

whole or in part, $465,000.00, which is to be held in escrow by Debbie Goellnitz's attorney, James, Hoyer, Newcomer, & Smiljanich P.A., pursuant to the escrow agreement attached hereto and incorporated herein.

## II.

## **RECORDS PRESERVATION**

IT IS FURTHER ORDERED AND ADJUDGED that Debbie Goellnitz, her agents, attorneys, servants, successors-in-interest, executors, personal representatives, nominees, or any person acting in concert with her or on her behalf hereby are restrained and enjoined from, directly or indirectly, destroying, mutilating, concealing, altering, disposing of, or otherwise rendering illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to Defendants and Relief Defendants wherever located, until further Order of this Court or mutual written agreement of Debbie Goellnitz and the Receiver.

## III.

## **RETENTION OF JURISDICTION**

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over Debbie Goellnitz solely for the purpose of implementing and carrying out the terms of this Order and the subject matter hereof.

3

**DONE AND ORDERED** on this 19th day of July 2005, at Tampa, Florida.

_/s/ Susan C. Bucklew_
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Christopher Martin, Esq.
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile:  (305) 536-4154

Burton Wiand, Esq.
Peter B. King, Esq.
Fowler White Boggs Banker P.A.
501 E. Kennedy Blvd.
Suite 1700
Tampa, FL  33602
Telephone: 813-228-7411
Facsimile: 813-229-8313

Gregory W. Kehoe
James Hoyer Newcomer & Smiljanich, P.A.
4830 W. Kennedy Blvd. Suite 550
Tampa, Florida 33609-2589
Telephone: 813-286-4100
Facsimile: 813-286-4174