UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:05-CV-1076-T-24MSS-BUCKLEW

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

HKW TRADING, LLC, HOWARD
WAXENBERG TRADING, L.L.C., and
DOWNING & ASSOCIATES TECHNICAL
ANALYSIS, n/k/a THE ESTATE OF
HOWARD WAXENBERG,

        Defendants,

HKW TRADING FUND I LLC and THE
ESTATE OF HOWARD WAXENBERG,

        Relief Defendants.
_____/

## ASSET FREEZE ORDER AND OTHER RELIEF AS TO DEFENDANTS HKW TRADING, LLC AND HOWARD WAXENBERG TRADING, L.L.C AND RELIEF DEFENDANT HKW TRADING FUND I LLC

Defendants HKW Trading, LLC ("HKW Trading") and Howard Waxenberg Trading, L.L.C., ("Waxenberg Trading") and Relief Defendant HKW Trading Fund I LLC ("HKW Fund"), by the Consent, annexed hereto, of their Court-appointed Receiver Burton Wiand, Esq., and without admitting or denying any of the allegations in the Commission's Complaint, except that they are admitting the allegation as to the jurisdiction of this Court over them and over the subject matter of this action, has agreed to the entry of this Asset Freeze Order and Other Relief as to Defendants HKW Trading and Waxenberg Trading and Relief Defendant HKW Fund ("Asset Freeze Order"). This Court having accepted such Consent and

1

having jurisdiction over Defendants HKW Trading and Waxenberg Trading and Relief Defendant HKW Fund and the subject matter hereof, and the Court being fully advised in the premises:

## I.

## ORDER FREEZING ASSETS

**IT IS HEREBY ORDERED AND ADJUDGED** that, pending resolution of this case on the merits or further order of this Court:

A. Defendant HKW Trading and Waxenberg Trading and Relief Defendant HKW Fund, their directors, officers, agents, servants, employees, attorneys, depositories, banks, successor-in-interest, executor, personal representatives, any other representative or successor and those persons in active concert or participation with any one or more of them, and each of them, except the Receiver appointed by this Court, who receives notice of this order by personal service, mail, facsimile transmission or otherwise, be and hereby are, restrained from, directly or indirectly, transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of, or withdrawing any assets or property, including, but not limited to, cash, free credit balances, fully paid for securities, and/or property pledged or hypothecated as collateral for loans, owned by, controlled by, or in their possession.

B. That any financial or brokerage institution or other person or entity located within the jurisdiction of the United States courts and holding any such funds or other assets, in the name, for the benefit or under the control of Defendant HKW Trading and Waxenberg Trading and Relief Defendant HKW Fund, and which receives actual notice of

this order by personal service, facsimile or otherwise, shall hold and retain within its control and prohibit the withdrawal, removal, transfer, disposition, pledge, encumbrance, assignment, set off, sale, liquidation, dissipation, concealment, or other disposal of any such funds or other assets.

## II.

## RECORDS PRESERVATION

**IT IS FURTHER ORDERED AND ADJUDGED** that, pending resolution of this case on the merits, Defendants HKW Trading and Waxenberg Trading and Relief Defendant HKW Fund, their directors, officers, agents, servants, employees, attorneys, depositories, banks, successor-in-interest, executor, personal representatives, any other representative or successor and those persons in active concert or participation with any one or more of them, and each of them, be and they hereby are restrained and enjoined from, directly or indirectly, destroying, mutilating, concealing, altering, disposing of, or otherwise rendering illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to Defendants and Relief Defendants wherever located, until further Order of this Court.

## III.

## DISCOVERY

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that:

(a)  Until the period for taking discovery in this matter ends, the parties may take depositions upon oral examination of, and obtain the production of documents from, parties and non-parties subject to time limitations proscribed by the Federal Rules of Civil Procedure;

(b) Until the period for taking discovery in this matter ends, the parties shall be entitled to serve interrogatories, requests for the production of documents and requests for admissions subject to time limitations proscribed by the Federal Rules of Civil Procedure;

(c) All responses to the Commission's discovery requests shall be delivered to Christopher E. Martin, Esq., Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131, by the most expeditious means available; and

(d) Service of discovery requests shall be sufficient if made upon the parties by facsimile or overnight courier, depositions may be taken by telephone or other remote electronic means.

## IV.

### **RETENTION OF JURISDICTION**

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Defendants and Relief Defendants in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

DONE AND ORDERED on this 19 day of July, 2005, at Tampa, Florida.

HONORABLE SUSAN BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:

Christopher Martin, Esq.
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800

Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

Burton Wiand, Esq.
Fowler White Boggs Banker P.A.
501 E. Kennedy Blvd.
Suite 1700
Tampa, FL 33602
Facsimile: (813) 229-8313

Mark Wolfson
Foley & Lardner
100 N. Tampa Street
Suite 2700
Tampa, FL 33602
Facsimile: (813) 221-4210