### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-vs-                                                      Case No.  8:05-cv-1076-T-24MSS

HKW TRADING, LLC, et al.,

                Defendants.

_____/

## O R D E R

This cause comes before the Court for consideration of Receiver's Motion to Expand the Scope of Receivership (Doc. No. 39).  The Receiver seeks to expand the scope of the receivership to include the Estate of Howard Waxenberg and Downing & Associates Technical Analysis.

Where the evidence demonstrates that property or assets exist that may belong to the receivership estate, it is well within the Court's discretion and authority to expand the initial receivership.  See Puma Enters. Corp. v. Vitale, 566 So.2d 1343, 1344-45 (Fla. 3d DCA 1990).  The Court finds that the Receiver has proffered sufficient evidence to warrant the expansion of the receivership to include the Estate of Howard Waxenberg and Downing & Associates Technical Analysis and finds that the expansion of the receivership is necessary for the protection of the investors and the Receivership Estate.

Accordingly, it is **ORDERED AND ADJUDGED** that Receiver's Motion to Expand the Scope of Receivership (Doc. No. 39) is **GRANTED**.  The Order Appointing Receiver (Doc. No. 10) is hereby modified to expand the appointment of the Receiver to include the Estate of Howard Waxenberg and Downing & Associates Technical Analysis.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of September, 2005.


SUSAN C. BUCKLEW
United States District Judge