# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

-vs-                                               Case No. 8:05-cv-1076-T-24MSS

HKW TRADING, LLC, et al.,

            Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of Receiver's Motion to Transfer, Consolidate, and Return This Case to Active Status (Docs. No. 65 & 66). Zelda J. Waxenberg filed an opposition thereto in this case (Doc. No. 67), and Debbie Sue Goellnitz filed an opposition thereto in one of the two cases for which the Receiver seeks transfer (Doc. No. 10, Case No. 8:05-cv-1618-T-27MSS).[1]

The parties in the case at bar have previously represented to the Court that this case has been settled in principle and that the settlement is being submitted for approval to a five-member commission in Washington, D.C. (Doc. No. 62). The Receiver has now filed a separate case against Zelda J. Waxenberg (Case No. 8:05-cv-1856-T-27MSS) and a separate case against Debbie Sue Goellnitz (Case No. 8:05-cv-1618-T-27MSS). The Receiver moves this Court to take transfer of these two cases and to consolidate them with the case at bar. The Receiver makes conclusory assertions that the cases involve common questions of law and fact and that a there is a possibility

---

[1] Zelda J. Waxenberg is the Defendant in Case No. 8:05-cv-1856-T-27MSS, and Debbie Sue Goellnitz is the Defendant in Case No. 8:05-cv-1618-T-27MSS. Neither is a party in the case at bar.

of conflicting awards or inconsistent results if the cases are not consolidated. The Receiver, however, fails to point to any specific factual issues that need to be proven in all three cases or any specific issues of law that the cases have in common. Finally, the Receiver fails to enumerate the inconsistent results that might arise. The Court finds that the Receiver has failed to establish a basis for transfer and/or consolidation.

Accordingly, having considered the motions, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Receiver's Motion to Transfer, Consolidate, and Return This Case to Active Status (Docs. No. 65 & 66) are **DENIED**. If the Receiver still wishes to return this case to active status, it may re-file a motion seeking such relief.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of January, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge