# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-vs-                                            Case No. 8:05-cv-1076-T-24MSS

HKW TRADING, LLC, et al.,

    Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of Receiver's Unopposed Motion to Approve Settlement (Doc. No. 91). Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Receiver's Unopposed Motion to Approve Settlement (Doc. No. 91) is **GRANTED**. The Court approves the settlement represented by the Settlement Agreement attached to the motion as Exhibit A.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge