**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-vs-                                                Case No. 8:05-cv-1076-T-24MSS

HKW TRADING, LLC, et al.,

        Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of Receiver's Fourth Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. No. 94). The Securities and Exchange Commission does not oppose the granting of the relief sought.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Receiver's Fourth Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. No. 94) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| E-Hounds | $ 7,502.50 |
| Oscher Consulting | $ 37,021.25 |
| Fowler White Boggs Banker | $143,724.68 |
| Costs incurred by Fowler White Boggs Banker, but not yet paid | $ 1,968.04 |
| Burton W. Wiand | $ 5,100.00 |

**DONE AND ORDERED** at Tampa, Florida, this 26th day of September, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge