# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-vs-                                        Case No. 8:05-cv-1076-T-24MSS

HKW TRADING, LLC, et al.,

          Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of Receiver's Unopposed Motion to (1) Approve Procedure to Administer Claims and Proof of Claim Form, (2) Establish Deadline for Filing Proofs of Claim, and (3) Permit Notice by Mail and Publication (Doc. No. 102). The Court, having considered the Receiver s Motion and being otherwise fully advised in the premises, hereby ORDERS and ADJUDGES that:

    (1)    Receiver's Unopposed Motion to (1) Approve Procedure to Administer Claims and Proof of Claim Form, (2) Establish Deadline for Filing Proofs of Claim, and (3) Permit Notice by Mail and Publication (Doc. No. 102) is **GRANTED**.

    (2)    Each person or entity that asserts a claim against the Receivership arising out of or related to in any way the acts, conduct, or activities of the Receivership Entities must submit an original, written Proof of Claim, in the form attached to the motion as Exhibit A with the Receiver, Burton W. Wiand, Esq., c/o Maya Lockwood, Esq. , Fowler White Boggs Banker P.A., 501 E. Kennedy Blvd. , Ste. 1700, Tampa, Florida 33602, **to be received on or before 120 days from the date of entry of this Order** (the "Claim Bar Date"). Any person

or entity that fails to submit a Proof of Claim with the Receiver on or before the Claim Bar Date (i.e., fails to take the necessary steps to ensure that the Proof of Claim is <u>received</u> by the Receiver on or before the Claim Bar Date), shall be forever barred and precluded from asserting any claim against the Receivership or the Receivership Entities (as that term is defined in the Motion).

(3) The notice procedures of the Claim Bar Date provided in the Motion shall be sufficient and reasonably calculated to provide notice to all creditors if made by mail to the last known addresses of all known potential claimants, by publication on one day in <u>The Wall Street Journal</u> for national publication and on the Receiver's website http://hkw.fowlerwhite.com. The form of Notice shall be in the form attached to the Motion as Exhibit B. The Receiver shall mail the Notice no later than 30 days from the date of entry of this Order, and shall publish the Notice no later than 45 days from the date of entry of this Order.

(4) The Claims Administration Procedure as set forth in the Motion and Proof of Claim Form as attached to the Motion as Exhibit A are hereby approved in all respects.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of January, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge