UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                               Case No. 8:05-cv-1076-T-24-TBM

HKW TRADING LLC et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of Unopposed Receiver's Sixth Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Doc. No. 131). The Securities and Exchange Commission does not oppose the granting of the relief sought.

Accordingly, it is **ORDERED AND ADJUDGED** that the Unopposed Receiver's Sixth Motion for Order Awarding Fees, Costs, and Reimbursement of costs to Receiver and His Professionals is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| Burton W. Wiand | $ 3,990.00 |
| E-Hounds, Inc. | $ 9,662.50 |
| Oscher Consulting | $ 82,182.00 |
| Fowler White Boggs Banker | $ 176,208.48 |
| Janik & Dorman | $ 1,129.71 |

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of July, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record