UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                      Case No. 8:05-cv-1076-T-24-TBM

HKW TRADING LLC et al.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on an Unopposed Motion to File Claimant Information Under Seal. (Doc. No. 158.) The motion requests that this Court permit the filing under seal of the cross-reference list identifying the account and claimant names that correspond to the assigned claim number on Exhibits B-F of the previously filed Motion to Approve Determination of Claims and Establish Procedure for Disputed Claims. (Doc. No. 156.)

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Unopposed Motion to File Claimant Information Under Seal (Doc. No. 158) is **GRANTED**. The Clerk is directed to seal the above listed document, along with the instant motion (Doc. No. 158), which shall remain under seal until further order of the Court.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of January, 2008.

                                                          SUSAN C. BUCKLEW
                                                          United States District Judge

Copies to:
Counsel of Record