UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                            Case No. 8:05-cv-1076-T-24-TBM

HKW TRADING LLC et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of Receiver's Motion to Approve Determination of Claims and Establish Procedure for Disputed Claims (Doc. No. 156). Upon consideration, it is **ORDERED AND ADJUDGED** that:

(1) The Receiver's Motion to Approve Determination of Claims and Establish Procedure for Disputed Claims is **GRANTED**;

(2) The Court hereby approves the Receiver's determination of all claims as set forth in the Exhibits attached to the Motion; and

(3) The Court hereby approves the procedure for disputed claims set forth in the Receiver's Motion.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of February, 2008.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record