UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                     Case No.  8:05-cv-1076-T-24-TBM

HKW TRADING LLC et al.,

      Defendants.
_____/

## ORDER

      This cause comes before the Court for consideration of Receiver's Eighth Motion for

Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals

("Receiver's Eighth Fee Application") (Doc. No. 157).

      Upon consideration of the Receiver's Eighth Fee Application, and upon this Court's

independent examination of the file, it is determined that the Receiver's Eighth Motion for Order

Awarding Fees, Costs, and Reimbursement of costs to Receiver and His Professionals (Doc. No.

157) is **GRANTED**.  The Court awards the following sums and directs that payment be made

from the Receivership assets:

| | |
|---|---|
| Burton W. Wiand | $ 2,250.00 |
| E-Hounds | $ 625.00 |
| Oscher Consulting | $ 45,909.99 |
| PDR Certified Public Accountants | $ 6,000.00 |
| Fowler White Boggs Banker | $ 113,389.23 |

**DONE AND ORDERED** at Tampa, Florida, this 15th day of February, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record