UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                            Case No. 8:05-cv-1076-T-24-TBM

HKW TRADING LLC et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court for consideration of Receiver's Ninth Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals ("Receiver's Ninth Fee Application") (Doc. No. 169).

Upon consideration of the Receiver's Ninth Fee Application, and upon this Court's independent examination of the file, it is determined that the Receiver's Ninth Motion for Order Awarding Fees, Costs, and Reimbursement of costs to Receiver and His Professionals (Doc. No. 169) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| Burton W. Wiand | $ 9,180.00 |
| Oscher Consulting | $ 62,407.74 |
| Kirby Noonan Lance & Hodge | $ 582.20 |
| Fowler White Boggs Banker | $ 319,752.30 |

**DONE AND ORDERED** at Tampa, Florida, this 8th day of August, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record