UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                Case No. 8:05-cv-1076-T-24-TBM

HKW TRADING LLC et al.,

      Defendants.
_____/

## **ORDER**

This cause comes before the Court for consideration of the Receiver's Unopposed Motion for Fees and Costs. (Doc. No. 365). Upon consideration, the motion is **GRANTED**. The Court awards the following sums and directs that payments be made from Receivership assets:

| | |
|---|---|
| PDR Certified Public Accountants | $16,240.00 |
| Burton W. Wiand | $2,670.00 |
| Fowler White Boggs | $1,035.16 |
| Wiand Guerra King | $49,573.13 |
| Gardere Wynne Sewell | $2,416.28 |

**DONE AND ORDERED** at Tampa, Florida, this 30th day of March, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record